

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED        JUDICIAL PANEL ON
                                  MULTIDISTRICT LITIGATION
      SEP 0 6 2005
                                       AUG 17 2005
         AT SEATTLE
   CLERK U S DISTRICT COURT              FILED
WESTERN DISTRICT OF WASHINGTON       CLERK'S OFFICE
BY                     DEPUTY
```

DOCKET NO. 1407

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

03-CV-00313-WYD-MJW

*(SEE ATTACHED SCHEDULE)*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2005

GREGORY C. LANGHAM
CLERK

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
           Deputy Clerk

# SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 03-363 | ALN | 2 | 02-3007 | Linda J. Evans v. Smithkline Beecham Consumer Healthcare, LP, et al. |
| WAW | 2 | 03-1098 | CO | 1 | 03-313 | Patti Zeidler v. Whitehall-Robins Healthcare, et al. |
| WAW | 2 | 03-2845 | FLN | 3 | 03-207 | Mary Lorraine Pagel, et al. v. Smithkline Beecham Corp., et al. |
| WAW | 2 | 01-2042 | KYW | 3 | 01-366 | Andrea S. Nutt, et al. v. Bayer Corp. |
| WAW | 2 | 02-1729 | LAE | 2 | 02-772 | Gloria Cage v. Whitehall-Robins Healthcare, et al. |
| WAW | 2 | 02-270 | LAW | 1 | 01-2495 | Shirley Marie Washington, et al. v. American Home Products Corp., et al. |
| WAW | 2 | 04-410 | MN | 0 | 03-6493 | Charles T. Paige, Jr. v. Wyeth Consumer Healthcare |
| WAW | 2 | 03-2708 | MSN | 2 | 03-40 | George Campbell, et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-2490 | MSS | 3 | 03-461 | Calvin Hobson v. Bayer Consumer Care |
| WAW | 2 | 02-2022 | NM | 1 | 02-863 | Thomas W. Reinke, et al. v. Wyeth, et al. |
| WAW | 2 | 03-1512 * | TXS | 7 | 02-464 | Pedro Garza, et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-2080 * | LAM | 3 | 03-74 | Nancy Harris v. Bayer Corp. |
| WAW | 2 | 03-2096 * | MSN | 4 | 01-272 | Janell Fields v. Bayer Corp., et al. |
| WAW | 2 | 03-2459 * | LAM | 3 | 03-74 | Greg Stagg v. Bayer Corp., et al. |
| WAW | 2 | 03-2915 * | ALN | 2 | 03-302 | Betty Scott v. Bayer Corp., et al. |
| WAW | 2 | 03-3030 * | MSN | 4 | 03-216 | Marcus Tingle v. Bayer Corp., et al. |
| WAW | 2 | 03-3421 * | MSS | 3 | 03-313 | Greg Smolcich v. Bayer Corp., et al. |
| WAW | 2 | 03-3913 * | MSS | 3 | 03-313 | Larry Estep v. Block Drug Co., et al. |
| WAW | 2 | 05-1279 * | MSS | 5 | 03-86 | Jeanette Drain v. Bayer Corp. |
| WAW | 2 | 05-1280 * | MN | 0 | 03-3279 | Benjamin Brooks, et al. v. SmithKline Beecham |
| WAW | 2 | 03-2766 | WVS | 2 | 03-346 | Susie Rebecca Adkins v. Wyeth Laboratories, Inc., et al. |

\* WAW case number assigned after severance order was issued in W.D. Washington.