IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00313-WYD-MJW

PATTI ZEIDLER,

    Plaintiff,

v.

WHITEHALL-ROBINS, n/k/a WYETH CONSUMER HEALTHCARE, a/k/a WYETH LABORATORIES, INC., a/k/a WYETH HOLDINGS CORPORATION, a Division of AMERICAN HOME PRODUCTS CORPORATION, INC., n/k/a WYETH, a/k/a WYETH HOLDINGS CORPORATION;
SAFEWAY, INC.; and
DOES 1 through 175, Inclusive,

    Defendants.
_____

## MINUTE ORDER
_____

ORDER ISSUED BY JUDGE WILEY Y. DANIEL

    The Stipulated Motion to Vacate Status Conference filed November 22, 2005 is **GRANTED**, as the parties indicate that they have reached a settlement.  The status conference set Wednesday, November 30, 2005 at 2:00 p.m. is **VACATED**.  On or before **Thursday, December 29, 2005**, the parties shall submit their dismissal papers or, if the settlement is not finalized, shall file a joint status report indicating the status of the settlement.

    Dated.  November 22, 2005

                                           s\ Sharon Shahidi
                                           Law Clerk to
                                           Wiley Y. Daniel
                                           U.S. District Court