IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   03-cv-00313-WYD-MJW

PATTI ZEIDLER,

      Plaintiff,

v.

WHITEHALL-ROBINS, n/k/a WYETH CONSUMER HEALTHCARE, a/k/a WYETH LABORATORIES, INC., a/k/a WYETH HOLDINGS CORPORATION, a Division of AMERICAN HOME PRODUCTS CORPORATION, INC., n/k/a WYETH, a/k/a WYETH HOLDINGS CORPORATION;
SAFEWAY, INC.; and
DOES 1 through 175, Inclusive,

      Defendants.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed August 8, 2006).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorneys' fees and costs.

Dated:  August 9, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge